IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA M. DAVIS,** | : | CIVIL ACTION |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | No. 13-6864 |
| **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW,** this 8th day of January, 2016, upon consideration of Defendant's "Motion for Summary Judgment on all of Plaintiff's Claims" (Doc. No. 27), Plaintiff's "Response in Opposition to Defendant's Summary Judgment Motion" (Doc. No. 28), Defendant's "Reply Brief in Further Support of Summary Judgment" (Doc. No. 30), and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- Defendant's Motion for Summary Judgment (Doc. No. 27) is **GRANTED**.
- **JUDGMENT** is entered in favor of Defendant.
- The Clerk of Court shall mark this case **CLOSED**.


BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**